1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   RONALD BUZZARD, JR.,

9                          Plaintiff,                      CASE NO. 2:25-cv-01582-JHC-BAT

10          v.                                             ORDER

11   THEO LEWIS, et al.,

12                          Defendants.

13

14        Having reviewed, *de novo*, the Report and Recommendation of the assigned United

15   States Magistrate Judge (R&R), Dkt. # 6, Plaintiff's objections thereto, Dkt. # 10, and the record,

16   the Court DECLINES TO ADOPT the R&R as to its dismissal of Plaintiff's claims as untimely

17   and GRANTS Plaintiff leave to amend his complaint.

18        As Plaintiff's complaint does not clarify when Plaintiff knew or had reason to know of

19   his injury, *see generally* Dkt. # 1, the Court is unable to determine when the statute of limitations

20   on Plaintiff's § 1983 claim began to accrue.  *See Kimes v. Stone*, 84 F.3d 1121, 1128 (9th Cir.

21   1996) (quoting *Golden Gate Hotel Ass'n v. San Francisco*, 18 F.3d 1482, 1486 (9th Cir.1994))

22   ("'[T]he limitations period [for a Section 1983 claim] accrues when a party knows or has reason

23   to know of the injury' which is the basis of the cause of action.").  Additionally, because Plaintiff

ORDER - 1

1  contends in his objections to the R&R that he "did not know" of his change in status until 2023,

2  *see* Dkt. # 10 at 2, the Court finds that leave to amend may not be futile.  Because a plausible

3  allegation that Plaintiff did not know or have reason to know about his change in status until

4  2023 would alter the R&R's conclusion that Plaintiff's complaint is untimely and barred by the

5  applicable statute of limitations, the Court finds it appropriate to give Plaintiff the opportunity to

6  clarify how and when he knew (or had reason to know) about his change of status and why, in

7  light of that timeline, his claims should be viewed as timely under the applicable statute of

8  limitations.  Accordingly, the Court GRANTS Plaintiff leave to amend his complaint by October

9  31, 2025.

10        Dated this 29th day of September, 2025.

11

12                                          _____
                                            JOHN H. CHUN
13                                          United States District Judge

14

15

16

17

18

19

20

21

22

23

ORDER - 2