UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD BUZZARD, JR.,

            Plaintiff,

  v.

THEO LEWIS, et al.,

           Defendants.

CASE NO. 2:25-cv-01582-JHC-BAT

ORDER

This matter comes before the Court pursuant to the Court's previously entered Order Declining to Adopt Report and Recommendation (R&R). Dkt. # 12. The Court declined to adopt the R&R and granted Plaintiff leave to amend based on Plaintiff's good faith allegation that he did not learn of his change in status until 2023. *Id*. However, the Court has since learned that Plaintiff cannot in good faith allege that he only learned of his change of status in 2023, as Plaintiff filed a writ of mandamus in the Superior Court of Franklin County in January 2022 alleging, among other things, that the Indeterminate Sentence Review Board lacked the authority to raise his sex offender risk level. *See Buzzard v. Warner*, No. 2:24-CV-1381-BJR-DWC, 2025 WL 723708 (W.D. Wash. Mar. 5, 2025), *certificate of appealability denied*, No. 25-1698, 2025 WL 2555486 (9th Cir. May 9, 2025).

ORDER - 1

Because Plaintiff knew of his change of status by January 2022 (at the latest) and cannot in good faith argue otherwise, the Court adopts the R&R's conclusion that Plaintiff's August 2025 complaint is time-barred. The Court further concludes that the standard for equitable tolling has not been met and that leave to amend would be futile.

Accordingly, the Court:

(1) VACATES the Order Declining to Adopt Report and Recommendation (Dkt. # 12);

(2) ADOPTS the Report and Recommendation (Dkt. # 6);

(3) DISMISSES the case with prejudice;

(4) ORDERS the Clerk to provide a copy of this Order to the parties.

Dated this 29th day of September, 2025.

*John H. Chun*
JOHN H. CHUN
United States District Judge

ORDER - 2